FILED
CLERK, U.S. DISTRICT COURT
5/19/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___eva___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| UNITED STATES OF AMERICA, | No. 8:21-cr-00092-SVW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 39A: Aiming a Laser Pointer at an Aircraft] |
| ERIC JASON SUAREZ, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 39A]

On or about April 13, 2020, in Orange County, within the Central District of California, defendant ERIC JAYSON SUAREZ knowingly aimed the beam of a laser pointer at an aircraft, namely an AS350B2 helicopter, tail number N183SD, owned and operated by the Orange County Sheriff's Department, in the special aircraft

///

jurisdiction of the United States, and in the flight path of said aircraft.

A TRUE BILL

/S/
_____
Foreperson

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

MARK TAKLA
Assistant United States Attorney
Acting Chief, Terrorism and
Export Crimes Section

PAUL C. LeBLANC
Assistant United States Attorney
Terrorism and Export Crimes Section

2